Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

FILED 30 OCT '20 12:22 USDC-ORP

for the

District of

Division

Case No. 3:20-cv-1877-YY
(to be filled in by the Clerk's Office)

Sheila Corbin
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*   ☐ Yes   ☐ No

-v-

Cindy Bailey, Washington County Adult DD office, State of Oregon Adults with Disabilities Office
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sheila Corbin
Address: 515 NW Saltzman Rd., #667
Beaverton, OR 97229
City / State / Zip Code
County: Washington
Telephone Number: 617-721-9854
E-Mail Address: corbin.sheila@outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Cindy Baily
Job or Title (if known): Adult Foster Home Certifier
Address: 5240 NE Elam Young Pkwy
Hillsboro, OR 97124
City / State / Zip Code
County: Washington
Telephone Number: 503-846-3150
E-Mail Address (if known): Cindy_Bailey@co.washington.or.us
[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name: Washington County Developmental Disabilities
Job or Title (if known): program (Entire employees in office)
Address: 5240 NE Elam Young Pkwy
Hillsboro, OR 97124
City / State / Zip Code
County: Washington
Telephone Number: 503-846-3150
E-Mail Address (if known):
[X] Individual capacity   [X] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Address

*DD Licensing Office of Developmental Disabilities*
*DHS - Oregon Department of Human Services*
*500 Summer St NE*
*Salem*                    *OR*          *97301*
City                        State         Zip Code

County          *Marion*
Telephone Number   *503-945-5600*
E-Mail Address *(if known)*

☒ Individual capacity     ☒ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

City            State           Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Oregon

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 2020 - present

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) The Washington County, Hillsboro Oregon Adults with Disabilities office has discriminated against me on the basis of race, ethnicity, mostly, by one of the Adult Foster Home Certifiers Cindy Baily and her entire office who supported her in her attempted demise against me. As a former Adult Foster Home provider, I was subjected to an onslaught of pattern and practice of discrimination which led me to resign and they denied my chances to renew my yearly licensing. I was told that although I excelled as a foster parent, my age, my marital status and my ethnicity were thoroughly despised by them. Cindy Baily filed abuse and neglect charges against me that were unsubstantiated because they were fabricated by her in her continually onslaught of egregious, unlawful tactics used to discredit me and my character (assault, libel, slander). The state of Oregon attempted to force me to sign a document stipulated that their hatred was and is so deep, pervasive and entrenched of me that they said they'd rather hurt the most fragile population in Oregon (the Developmentally Disabled) and upset their placement with me then to support me.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

emotional duress and distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Will amend

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-30-2020

Signature of Plaintiff

Printed Name of Plaintiff: Sheila Corbin

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____ City  _____ State  _____ Zip Code

Telephone Number _____
E-mail Address _____