IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHEILA CORBIN**, <br><br>     Plaintiff, <br><br> v. <br><br> **CINDY BAILEY,** *et al.*, <br><br>     Defendants. | Case No. 3:20-cv-1877-YY <br><br> **JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is TERMINATED.

DATED this 5th day of July, 2023.

                                           /s/ *Michael H. Simon* <br>
                                           Michael H. Simon <br>
                                           United States District Judge